```
                                                    SOUTHERN DISTRICT OF MISSISSIPPI
                                                              FILED
                                                          FEB 15 2024
                                                         ARTHUR JOHNSTON
                                                    BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MCLOCHLIN**                                                  **PLAINTIFF**

**VERSUS**                                              **CAUSE NO.** 1:24cv51HSO-BWR

**ERALDO LAPIETRA**                                                    **DEFENDANT**

## COMPLAINT
## JURY TRIAL REQUESTED

**COMES NOW,** the Plaintiff, MICHAEL MCLOCHLIN, by through the undersigned counsel, and files this his Complaint against the Defendant, **ERALDO LAPIETRA,** and in support of its cause of action states unto the Court the following facts and matters, to-wit:

### A. JURISDICTION

1. The Plaintiff, MICHAEL MCLOCHLIN, is an adult resident citizen of the State of Indiana, residing at 7280 Oak Cove Lane, Noblesville, IN 46062.

2. The Defendant, ERALDO LAPIETRA, is upon information and belief, an adult resident citizen of the State of California and resides at 2930 Montana Avenue, Santa Monica, CA 90403, where and upon whom process may be served, as provided by law.

3. The Court has personal jurisdiction over the parties and subject matter jurisdiction based on diversity of citizenship pursuant to 28 U.S.C. § 1332.

4. On or about April 10, 2022, the Plaintiff and Defendant entered into a contract to be performed in the Southern District, Southern Division of Mississippi and the amount in controversy is in excess of $75,000.00, exclusive of costs and expenses, and therefore within the jurisdictional limits of the Court.

## B. FACTS

5.      On or about April 10, 2022, the Plaintiff delivered to the Defendant a loan in the sum of $300,000.00 in Biloxi, Mississippi. On that date, the Plaintiff and the Defendant made a verbal agreement, wherein the Defendant agreed to immediately repay the Plaintiff the total sum of $300,000.00.

6.      Since then, the Defendant has promised on numerous occasions to pay the Plaintiff the $300,000.00 but has not done so. Please see text messages between the Plaintiff and Defendant attached hereto as composite Exhibit "A".

7.      On April 25, 2023, the Plaintiff made his demand for the repayment of the $300,000.00. Since then the Defendant has willfully and steadfastly refused to pay same to the Plaintiff. A copy of the Demand Letter dated April 25, 2023, is marked Exhibit "B", and attached hereto.

8.      To date, the Defendant has ignored the debt owed by him in the amount of $300,000.00 due the Plaintiff.

9.      Although Plaintiff has requested payment numerous times, Defendant has willfully and intentionally failed and refused to pay the outstanding loan unto the Plaintiff.

## C. CAUSES OF ACTION

### COUNT I, BREACH OF CONTRACT AND AGREEMENT

10.     Defendant is in willful and intentional violation and breach of the aforementioned agreement, and therefore the Plaintiff is entitled to a judgment of and from the Defendant in the amount of $300,000.00, plus pre-judgment interest from April 10, 2022, up to date of judgment, post judgment interest, plus Plaintiff's costs, expenses and attorneys'

fees.

## COUNT II, CONSTRUCTIVE TRUST

11.     Due to the misappropriation, misapplication, misuse and conversion of Plaintiff's money, Plaintiff requests the Court impose a constructive trust in favor of the Plaintiff on any and all assets obtained or which the Defendant has or has had an interest in as a result of the use of Plaintiff's money.

## COUNT III, COMPLAINT FOR FRAUD & PUNITIVE DAMAGES

12.     All representations made by the Defendant that he would repay the Plaintiff were false and Defendant knew that they were false and were made with the intention that Plaintiff should rely upon them.

13.     Plaintiff believed the representations and in reliance thereon placed the total of $300,000.00 with the Defendant in trust that the Defendant would honor and abide by the agreement of the parties.  As a result of Defendant's fraudulent actions and breach of Defendant's fiduciary duty of good faith and fair dealings with the Plaintiff, the Plaintiff seeks punitive damages in an amount deemed just and reasonable by the Court.

## COUNT IV, PRE-JUDGMENT AND POST-JUDGMENT INTEREST

14.     The amount due to the Plaintiff is a sum certain and liquidated amount of $300,000.00.  Default in payment was made by Defendant of $300,000.00 on May 26, 2023; and Defendant remains in default on the total balance of $300,000.00 from May 25, 2023, up to the date of trial.  Plaintiff seeks prejudgment interest on all sums from the date of the default, specifically being on May 26, 2023, accruing up to and until the date of trial of this matter.

15. Plaintiff also seeks post-judgment interest on all sums awarded to Plaintiff in his litigation.

WHEREFORE PREMISES CONSIDERED, the Plaintiff requests the Court award them judgment against the Defendant, as follows, to-wit:

a) Award the Plaintiff a judgment for the balance of the outstanding debt due to Plaintiff in the sum of $300,000.00, together with pre-judgment interest from the date of the default by Defendant specifically beginning on May 26, 2023.

b) Impose a constructive trust on all real and personal property or assets acquired, obtained and possessed by the Defendant by the use of the funds of the Plaintiff.

c) Award the Plaintiff punitive damages in a sum determined reasonable in the circumstances.

d) Award Plaintiff all his costs and expenses of this action, together with pre-judgment and post-judgment interest, and reasonable attorneys' fees incurred by the Plaintiff.

Respectfully submitted, this the 12th day of FEBRUARY 2024.

MICHAEL MCLOCHLIN

BY: _____
JAMES L. FARRIOR, III
MISSISSIPPI BAR NO. 5149

James L. Farrior, III
P.O. Box 4369
Biloxi, MS 39535
228.388.1924 – Office
228.388.0883 – Facsimile