# Exhibit "B"

**COOK & COOK**
ATTORNEYS AT LAW
955 LOGAN STREET
NOBLESVILLE, INDIANA 46060

STEPHEN W. COOK
S. MATTHEW COOK

TELEPHONE (317) 773-5522
FACSIMILE (317) 773-1155

April 25, 2023

Mr. Eraldo Lapietra
2930 Montana Avenue
Santa Monica, CA 90403

RE:  Michael McLochlin Loan

Dear Mr. Lapietra:

We are writing on behalf of our client, Michael McLochlin, in connection with his Three Hundred Thousand Dollar ($300,000) loan to you of April 10, 2022 in Biloxi, Mississippi. The time for you to repay the loan has long since passed, and we ask that you pay it immediately.

If you do not do so Mr. McLochlin will pursue all remedies available to him under Mississippi law with Mississippi legal counsel.

You have the right to request any additional verification that you feel exists. Your request should be submitted in writing within thirty (30) days. If you feel that additional payments have been made, you should bring that fact to our attention by a letter written to us in the next thirty (30) days. Likewise, any other matter of defense should be brought to our attention in writing within thirty (30) days. Otherwise, we will assume that the obligation is correct in the amount stated.

This obligation should be paid through our office, and any further communication about this matter should come through our office.

Very truly yours,

COOK & COOK

*[signature]*

S. Matthew Cook

SWC/ms

**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**