AO 440 (Rev. 06/12) Summons in a Civil Action  **RETURN**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL MCLOCHLIN <br><br> *Plaintiff(s)* <br> v. <br><br> ERALDO LAPIETRA <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-00051-HSO-BWR |

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ERALDO LAPIETRA
11701 MONTANA AVENUE
SANTA MONICA, CA 90403
OR WHERE HE MAY BE FOUND


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     JAMES L. FARRIOR, III
P.O. BOX 4369
BILOXI, MS 39531


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  04/08/2024                                           /s/ *(signature)*
                                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00051-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eraldo Lapietra__
was received by me on *(date)* __4/18/24__.

☑ I personally served the summons on the individual at *(place)* __11701 Montana Ave #402, Los Angeles, CA 90049__ on *(date)* __04/23/24__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __100.00__ for travel and $ __0.0__ for services, for a total of $ __100.00__

I declare under penalty of perjury that this information is true.

Date: __04/24/24__

__Barbara Wolford__
*Server's signature*

__Barbara Wolford__
*Printed name and title*

__4712 Admiralty Way, #866__
__Marina del Rey, CA 90292__
*Server's address*

Additional information regarding attempted service, etc: __RPS # 2012 222884__
__310-613-3755__