IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MCLOCHLIN**                                                                          **PLAINTIFF**

**VERSUS**                                                                          **1:24-cv-00051-HSO-BWR**

**ERALDO LAPIETRA**                                                                          **DEFENDANT**

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

STATE OF MISSISSIPPI
COUNTY OF HARRISON

I, James L. Farrior, III, being duly sworn and deposed, state the following:

1. I am the attorney of record for the Plaintiff, Michael McLochlin, in this case, and I have personal knowledge of the facts set forth in this Affidavit in Support of Application for Entry of Default.

2. The Defendant, Eraldo LaPietra, was served with the Summons and Complaint in accordance with the Federal Rules of Civil Procedure by personal service on April 18, 2024. [Doc. 5].

3. More than twenty-one (21) days have elapsed since the date the Defendant, Eraldo LaPietra, was served with the Complaint.

4. The Defendant, Eraldo LaPietra has failed to answer or otherwise defend as to the Complaint filed and the claims of Plaintiff, or to serve a copy of any such answer or other defense upon the undersigned attorney of record for Plaintiff.

5. This Affidavit is executed by the Affiant herein in accordance with Rule 55 of the Federal Rules of Civil Procedure for the purpose of enabling Plaintiff to obtain an

**EXHIBIT "A"**

Entry of Default against the Defendant, Eraldo LaPietra, for his failure to answer the Complaint.

FURTHER, AFFIANT SAYETH NOT

_____
James L. Farrior, III

SWORN TO AND SUBSCRIBED BEFORE ME, this the 19th day of June, 2024.

_____
NOTARY PUBLIC
My Commission Expires: 04-28-2026

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 109914, RIKKI L. MACON, Commission Expires June 28, 2026, HARRISON COUNTY]