**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**MICHAEL MCLOCHLIN**                                           **PLAINTIFF**

**VERSUS**                                         **1:24-cv-00051-HSO-BWR**

**ERALDO LAPIETRA**                                        **DEFENDANT**

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW, Plaintiff, Michael McLochlin, by and through his attorney of record, James L. Farrior, III, and pursuant to Rule 55 of the Federal Rules of Civil Procedure files this, his Motion for Default Judgment against the Defendant, Eraldo LaPietra, and states:

1. On or about February 15, 2024, the Plaintiff filed his Complaint. [Doc. 1].

2. On or about April 18, 2024, the Defendant, Eraldo LaPietra, was duly served with the Summons and a copy of the Complaint. [Doc. 6].

3. More than twenty (20) days have elapsed since the date on which Defendant was served with the Summons and a copy of the Complaint as required by Rule 4 of the Federal Rules of Civil Procedure. Since that date of service of process, the Defendant has failed to answer or otherwise defend the Complaint.

4. On or about June 24, 2024, pursuant to Rule 55 of the Federal Rules of Civil Procedure, Entry of Default was made by the Clerk of Court against the Defendant, Eraldo LaPietra. [Doc. 7].

5. The Defendant, Eraldo LaPietra, has failed to make any appearance before this Court in defense of this cause. Because of the Defendant's failure to serve any answer to the Complaint or to make any appearance before this Court in defense of this cause, the Plaintiff is entitled to a Default Judgment.

1

WHEREFORE, PREMISES CONSIDERED, pursuant to F.R.C.P. 55, since Defendant, Eraldo LaPietra, is wholly in default, having filed no responsive pleading and having made no appearances before this Court, the Plaintiff herein moves this Court to enter Default Judgment against the Defendant, Eraldo LaPietra, in favor of the Plaintiff in the amount of $300,000.00, plus court cost in the amount of $405.00 and service of process fees in the amount of $150.00 for a total judgment in the amount of $300,555.00 plus post judgment interest at a rate of 4% per annum.

RESPECTFULLY SUBMITTED, this the 28th day of June, 2024.

MICHAEL McLOCHLIN

BY:    /s/ JAMES L. FARRIOR, III

James L. Farrior, III
MSB # 5149
P.O. Box 4369
Biloxi, MS 39535
T: 228-388-1924
F: 228-388-0883