# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL MCLOCHLIN** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24cv51-HSO-BWR |
| | § | |
| **ERALDO LAPIETRA** | § | **DEFENDANT** |

## DEFAULT JUDGMENT

This matter came on for hearing on Plaintiff Michael McLochlin's Motion [8] for Default Judgment filed on June 28, 2024. In accordance with the Order entered herewith granting in part and denying in part the Motion [8] for Default Judgment,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of Plaintiff Michael McLochlin against Defendant Eraldo Lapietra in the amount of $300,000.00, plus post-judgment interest calculated in accordance with 28 U.S.C. § 1961(a). Plaintiff may resubmit a proper bill of costs in accordance with 28 U.S.C. § 1920 and Local Uniform Civil Rule 54(c), not later than thirty days after entry of this Default Judgment.

**SO ORDERED AND ADJUDGED**, this the 31st day of July, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE