IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MICHAEL MCLOCHLIN**                                                                                   **PLAINTIFF**

**VERSUS**                                                                         **1:24-cv-00051-HSO-BWR**

**ERALDO LAPIETRA**                                                                                     **DEFENDANT**

## BILL OF COSTS

Judgment having been entered in the above-entitled action on July 31, 2024, against the Defendant, Eraldo LaPietra, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk………………………………………………………… | $450.00 |
| Fees for service of summons and subpoena ………………………………… | $150.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case  ………………………………………………………….. | _____ |
| Fees and disbursements for printing …………………………………… | _____ |
| Fees for witnesses *(itemize on page two)*…………………………………… | _____ |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case…………… | _____ |
| Docket fees under 28 U.S.C. § 1923 ……………………………………… | _____ |
| Costs as shown on Mandate of Court of Appeals……………………….. | _____ |
| Compensation of court-appointed experts……………………………….. | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 ………………………………………………… | _____ |
| Other costs *(please itemize)* ……………………………………………… | _____ |
| **TOTAL:** | **$600.00** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[] Electronic Service  [] First class mail, postage prepaid  [X]  Other: <u>Default Judgment, Defendant not notified</u>.

s/ Attorney:   <u>*James L. Farrior, III*</u>

Name of Attorney: <u>JAMES L. FARRIOR, III (MSB# 5149)</u>

For:   <u>MICHAEL McLOCHLIN, Plaintiff</u>                                 Date: <u>August 29, 2024</u>

## TAXATION OF COSTS

Costs are taxed in the amount of <u>  $600.00  </u>, and included in the judgment.

<u>        Arthur Johnston        </u>   By:    Date: <u>**September 13, 2024**</u>
*Clerk of Court*                                    *Deputy Clerk*

Generated: Feb 15, 2024 12:56PM                                                                 Page 1/1



# U.S. District Court

## Mississippi Southern - Gulfport

Receipt Date: Feb 15, 2024 12:56PM

James L Farrior

Rcpt. No: 1901            Trans. Date: Feb 15, 2024 12:56PM                Cashier ID: #JH

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #11906 | 02/13/2024 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments:** 1:24cv51 FILING FEE McLochlin vs. Lapietra

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

| | |
|---|---|
| JAMES L. FARRIOR, III 03/97<br>ATTORNEY AT LAW<br>Office Account<br>P.O. Box 4369<br>Biloxi, MS 39535 | 11917<br>85-549/653 |

DATE 2-20-24

PAY TO THE ORDER OF  Los Angeles County Sheriff's Dept    $ 50.00

Fifty and No/100 ——————————————————— DOLLARS

**REGIONS**

FOR  Mc Lochlin

Signature: J.L. Farrior

⑊000119117⑊ ⑉065305436⑉

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00051-HSO-BWR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Eraldo Lapietra__
was received by me on *(date)* __4/18/24__.

☑ I personally served the summons on the individual at *(place)* __11701 Montana Ave #402, Los Angeles, CA 90049__ on *(date)* __04/23/24__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __100.00__ for travel and $ __0.0__ for services, for a total of $ __100.00__

I declare under penalty of perjury that this information is true.

Date: __04/24/24__

__Barbara Wolford__
Server's signature

__Barbara Wolford__
Printed name and title

__4712 Admiralty Way, #866__
__Marina del Rey, CA 90292__
Server's address

Additional information regarding attempted service, etc:   RPS # 2012 222884
310-613-3755

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN**

## UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| MICHAEL MCLOCHLIN <br><br> *Plaintiff(s)* <br> v. <br><br> ERALDO LAPIETRA <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:24-cv-00051-HSO-BWR <br> ) <br> ) <br> ) <br> ) <br> ) |

**ALIAS**
**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ERALDO LAPIETRA
11701 MONTANA AVENUE
SANTA MONICA, CA 90403
OR WHERE HE MAY BE FOUND

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES L. FARRIOR, III
P.O. BOX 4369
BILOXI, MS 39531

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 04/08/2024

*Signature of Clerk or Deputy Clerk*